IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID RAY EVANS,
ADC #109126                                                                                    PLAINTIFF

v.                                       2:09CV00166JMM/HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants McDaniel, Outlaw, and Beebe are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 5th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE